F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 7 2006

GREGORY C. LANGHAM
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **06 - CV - 01380 - bnb**

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

ANTHONY LEWIS SHELBY,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DPD CHIEF G. WHITMANN,
DENVER POLICE DEPARTMENT,
ALL OFFICERS INDIVIDUALLY,
OFFICER KACHINA McALEXANDER,
OFFICER ROBERT SHILLER,
OFFICER JOHN AKINS,
OFFICER DANIEL STEELE,
OFFICER ROBERT MOTYKA,
OFFICER MAGIAT,
OFFICER JOHN DIXION,
OFFICER ANDREW CLARRY,
OFFICER JODE SPRAGUE,
OFFICE [sic] JAY CASTRODALE,
OFFICER KARON PRICE,
OFFICER DAVID IVERSON,
OFFICER GENE SHARLA,
OFFICER JASON HUFF,
OFFICER CORY CLAY,
OFFICER PERRY SPEELMAN, and
OFFICER CLIFFORD CARNEY,

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Dockets.Justia.com

Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)     __     is not submitted
(2)     __     is missing affidavit
(3)     X     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing(Account statement submitted is not certified by a prison official and does not cover the entire 6-month period.)
(4)     __     is missing required financial information
(5)     __     is missing an original signature by the prisoner
(6)     __     is not on proper form (must use the court's current form)
(7)     __     names in caption do not match names in caption of complaint, petition or habeas application
(8)     __     An original and a copy have not been received by the court. Only an original has been received.
(9)     __     other _____

**Complaint, Petition or Application**:
(10)     __     is not submitted
(11)     __     is not on proper form (must use the court's current form)
(12)     __     is missing an original signature by the prisoner
(13)     __     is missing page nos. ___
(14)     __     uses et al. instead of listing all parties in caption
(15)     __     An original and a copy have not been received by the court. Only an original has been received.
(16)     __     Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)     X     names in caption do not match names in text
(18)     X     other: Submitted two different Complaints.

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

2

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form: a Prisoner Complaint .  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _13th_ day of _July_____, 2006.

BY THE COURT:


BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   06 - CV - 01380 - ßrß

Anthony L. Shelby
Prisoner No. 1479800
Denver County Jail
P.O. Box 1108
Denver, CO 80201

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on   7-17-06

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk