```
                                                    FILED
                                          UNITED STATES DISTRICT COURT
                                               DENVER, COLORADO
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO         JUL 17 2006
```

Civil Action No. __06-CV-01380-bnb__   GREGORY C. LANGHAM
                                              CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

ANTHONY LEWIS SHELBY,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DPD CHIEF G. WHITMANN,
DENVER POLICE DEPARTMENT,
ALL OFFICERS INDIVIDUALLY,
OFFICER KACHINA McALEXANDER,
OFFICER ROBERT SHILLER,
OFFICER JOHN AKINS,
OFFICER DANIEL STEELE,
OFFICER ROBERT MOTYKA,
OFFICER MAGIAT,
OFFICER JOHN DIXION,
OFFICER ANDREW CLARRY,
OFFICER JODE SPRAGUE,
OFFICE [sic] JAY CASTRODALE,
OFFICER KARON PRICE,
OFFICER DAVID IVERSON,
OFFICER GENE SHARLA,
OFFICER JASON HUFF,
OFFICER CORY CLAY,
OFFICER PERRY SPEELMAN, and
OFFICER CLIFFORD CARNEY,

     Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
- (1) ___ is not submitted
- (2) ___ is missing affidavit
- (3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted is not certified by a prison official and does not cover the entire 6-month period.</u>)
- (4) ___ is missing required financial information
- (5) ___ is missing an original signature by the prisoner
- (6) ___ is not on proper form (must use the court's current form)
- (7) ___ names in caption do not match names in caption of complaint, petition or habeas application
- (8) ___ An original and a copy have not been received by the court. Only an original has been received.
- (9) ___ other _____

**Complaint, Petition or Application:**
- (10) ___ is not submitted
- (11) ___ is not on proper form (must use the court's current form)
- (12) ___ is missing an original signature by the prisoner
- (13) ___ is missing page nos. ___
- (14) ___ uses et al. instead of listing all parties in caption
- (15) ___ An original and a copy have not been received by the court. Only an original has been received.
- (16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
- (17) _X_ names in caption do not match names in text
- (18) _X_ other: <u>Submitted two different Complaints.</u>

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form: a Prisoner Complaint . It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 13th day of July, 2006.

BY THE COURT:

_/s/ Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-CV-01380-BrB

Anthony L. Shelby
Prisoner No. 1479800
Denver County Jail
P.O. Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on 7-17-06

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk