IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01380-BNB

ANTHONY LEWIS SHELBY,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DPD CHIEF G. WHITMANN,
DENVER POLICE DEPARTMENT,
ALL OFFICERS INDIVIDUALLY,
OFFICER KACHINA McALEXANDER,
OFFICER ROBERT SHILLER,
OFFICER JOHN AKINS,
OFFICER DANIEL STEELE,
OFFICER ROBERT MOTYKA,
OFFICER MAGIAT,
OFFICER JOHN DIXION,
OFFICER ANDREW CLARRY,
OFFICER JODE SPRAGUE,
OFFICE [sic] JAY CASTRODALE,
OFFICER KARON PRICE,
OFFICER DAVID IVERSON,
OFFICER GENE SHARLA,
OFFICER JASON HUFF,
OFFICER CORY CLAY,
OFFICER PERRY SPEELMAN, and
OFFICER CLIFFORD CARNEY,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 27 2006

GREGORY C. LANGHAM
               CLERK

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the letter to the clerk of the Court submitted by Plaintiff Anthony Lewis Shelby and filed with the Court on July 25, 2006. The Court will treat the letter as a motion for clarification of the July 17, 2006, order to cure. The motion for clarification is GRANTED. In the July 25 motion to cure, Mr. Shelby was directed to file an amended complaint because the two different complaints he submitted (1) were not identical to each other, and (2) the parties listed in the caption to the complaints were not identical to the parties listed in the text of the complaints on page two and the additional pages.

On July 17, 2006, together with a copy of the order to cure, Plaintiff was mailed two copies of the proper, Court-approved Prisoner Complaint form to use in submitting his amended complaint. Mr. Shelby is directed **within thirty (30) days from the date of this minute order** to file one amended complaint that lists all the parties he intends to sue both in the caption to the complaint and in the body of the complaint. Failure to do so within the time allowed may result in the dismissal of this action.

Dated: July 27, 2006

---

Copies of this Minute Order mailed on July 27, 2006, to the following:

Anthony Lewis Shelby
Prisoner No. 1479800
Denver County Jail
PO Box 1108
Denver, CO 80201

_____
Secretary/Deputy Clerk